No. 99–9536. WRIGHT v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–9537. WILLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9539. YOUNG v. WINE, JUDGE, CIRCUIT COURT OF KENTUCKY, JEFFERSON COUNTY. Sup. Ct. Ky. Certiorari denied.

No. 99–9540. JONES v. HENNESSEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9542. LANCASTER v. CALBONE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–9543. MMAHAT v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 99–9544. LOZON v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9551. CLARK v. ENRIGHT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9554. KOPER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–9556. LUPARELLO v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 99–9557. PLAYER v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–9560. MARTINEZ VACCA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9561. WEST v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–9562. JOHNSON v. BRAXTON, WARDEN. Sup. Ct. Va. Certiorari denied.